IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Crazy Aaron Enterprises, Inc. | )<br>)<br>) |
| v. | ) Case No. 19-cv-0025<br>) |
| THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A," | ) Judge: Hon. Charles R. Norgle<br>)<br>) Magistrate: Hon. Jeffrey T. Gilbert<br>)<br>)<br>) |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Crazy Aaron ("Plaintiff") against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants not already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR marks, U.S. Reg. No. Nos. 4294845, 4294844, 5141808, and 5141809 (the "Marks"). The registrations are valid, unrevoked, and uncancelled. Defendants use the marks and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark or any reproductions, counterfeit

copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Crazy Aaron product or not authorized by Plaintiff to be sold in connection with the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crazy Aaron product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Crazy Aaron and approved by Plaintiff for sale under the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Crazy Aaron, or are sponsored by, approved by, or otherwise connected with Crazy Aaron;

d. further infringing the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CRAZY AARON'S THINKING PUTTY,

THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Crazy Aaron product or not authorized by Crazy Aaron to be sold in connection with the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR trademark; and

j. using images covered by the Plaintiff's Copyrights or any of Plaintiff's original photographs that Crazy Aaron uses to advertise the sale of original Crazy Aaron products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the

4

CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One-Million (U.S.) and No Cents ($1,000,000.00) for using counterfeit CRAZY AARON'S THINKING PUTTY, THINKING PUTTY, LIQUID GLASS, AND STRANGE ATTRACTOR Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff

5

the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

   i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

   ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: JUN 1 3 2019

_____
Hon. Charles R. Norgle

Appendix A

| Doe | Merchant Name | Merchant ID |
|---|---|---|
| 1 | a-beau | a-beau |
| 3 | bygift | bygift |
| 4 | fivelakes | fivelakes |
| 6 | gmintl | gmintl |
| 8 | haizhi | haizhi |
| 9 | henghaohuagong | henghaohuagong |
| 14 | mctoy | mctoy |
| 20 | puttytoy | puttytoy |
| 21 | rubies | rubies |
| 24 | supergroup | supergroup |
| 25 | suyer | suyer |
| 30 | uniongrand | uniongrand |
| 31 | us108514566 | us108514566 |
| 32 | weekcollection | weekcollection |
| 33 | wenchuangtrade | wenchuangtrade |
| 35 | zjzxfz | zjzxfz |
| 36 | Joss Fashion Store | 1261928 |
| 37 | MomBaby Toy Store | 1681411 |
| 38 | YiLeDuoToys Store | 1921480 |
| 39 | Exquisite baby Store | 2921116 |
| 40 | Black Magical Toy Store | 2948033 |
| 41 | Shine Child Store | 3002040 |
| 42 | Shop3011076 Store | 3011076 |
| 43 | Quineeox Store | 3152030 |
| 44 | iTubbies Store | 3195022 |
| 45 | RC Factory Store | 3252015 |
| 46 | INBEAJY Official Store | 3462003 |
| 47 | Vivistar Toy Store Store | 3481028 |
| 48 | Childhood Blocks Store | 3484020 |
| 49 | CEVENNESFE toy Store | 3496013 |
| 50 | SiSi House Store | 3542009 |
| 51 | HUAZHONG Store | 3556003 |
| 52 | Round Yuan Store | 3619084 |
| 53 | Xin Babies Store | 3626081 |
| 54 | HYToys Store | 3859012 |
| 56 | Kitty Store | 3870050 |

| | | |
|---|---|---|
| 57 | CLOUD WING RC Store | 4191002 |
| 58 | VIP Member Store | 4389056 |
| 59 | JufeiUS | A1FDDWEP26B0WI |
| 61 | Shinemore | A27EEWXLQNJGXM |
| 62 | oolilioo | A2BRC2LLAFYH5M |
| 63 | Shenzhen Tellid Industrial Development Co., LTD. | A2MH9P9GBXB5SR |
| 64 | Denmall | A2VBM6ROAVMN11 |
| 65 | e simplicity trade llc | A2X0R4DHMAAV2K |
| 66 | 01 tech | A2XWH5094Y3L1W |
| 67 | WANGQIANQIAN | A3LB1VY975W9YE |
| 68 | Trusteshop | A8PHUEF0SM7LT |
| 69 | Charollbest | AGBLEA64W2XP6 |
| 70 | Asadara | AZKKCS7UCCCAR |
| 71 | Baby and Toys | Baby and Toys |
| 72 | Belleza | Belleza |
| 73 | Cosmetics | Cosmetics |
| 74 | Creative Toys | Creative Toys |
| 75 | cuipiduck | cuipiduck |
| 76 | explore | explore |
| 77 | Fancy Time | Fancy Time |
| 78 | Hardworking bee | Hardworking bee |
| 79 | Hs Kids | Hs Kids |
| 80 | JASON STORE | JASON STORE |
| 81 | JOOMJGrocery | JOOMJGrocery |
| 82 | JOOMKstore | JOOMKstore |
| 83 | Kidstown | Kidstown |
| 84 | Schnappy kids funny toys | Schnappy kids funny toys |
| 85 | SHMGadgets | SHMGadgets |
| 86 | bgtrading | 53200c6f73604637eacd36f4 |
| 88 | dreamlife | 53be59d3d9113970da2571ef |
| 89 | aokesiinternational | 53f608a99020ee5d17d579f0 |
| 90 | fashioneshop | 53ff44629020ee2b4feb90ed |
| 91 | 深圳市响当当贸易有限公司 | 54705b3c9719cd64ce763a94 |
| 92 | phantomsuperiortradingcompany | 549d1166653d51084457f39a |
| 93 | kuangyuan | 54d0cc0fde230c093ac49305 |
| 94 | 青岛洛克菲乐商贸有限公司 | 54fd3a6c24850b1fda3cc360 |
| 95 | 阿玛蒂诗服装有限公司 | 5518fbaba7cfe8214a4ff0b9 |
| 96 | ecommerceiodinejia | 555a84ac757e7319ce1df807 |
| 97 | 滨纷婉美服饰有限公司 | 557cfafb86d6651a01239908 |

| 98 | kttr | 559106b03db406402103a599 |
|---|---|---|
| 99 | 未来时代科技有限公司 | 559e2746577ce15fd4eb4f24 |
| 100 | 赛诺化工 | 559e28c203ffd30c52dfe7cc |
| 101 | ludiinternational | 55cb16e5d056ea1043a4e9c5 |
| 102 | hexingyuancoltd | 560a29fcbecd5017eb384760 |
| 106 | chongqingkawukeji | 5652bd41adef61129db8d1cb |
| 107 | yiyayiya | 566bb5189ad457269c795985 |
| 108 | lanour | 56889b25a7efa726b38e6cdc |
| 110 | lanceshop | 569b88b43a698c6d6f739c69 |
| 111 | forever_young | 56c18b4e826e23115f05d8b1 |
| 112 | fancybuying | 56c2c4342fab501165addda9 |
| 113 | worldlinx | 56e3dc2d01148e58640dbb86 |
| 114 | minmin8341 | 56f1409020755b5880e2680f |
| 115 | ritahoney30f7760e01f111e682bc063a14dc88b5 | 570f0ec23a698c14278bad21 |
| 116 | young_001 | 5714f32ba995b5343a1ed70e |
| 118 | uillll | 5724866ac749c35921427ddd |
| 120 | 时尚逛街 | 5775e1bf5288bd770b23f728 |
| 121 | triumphgenuineyongju | 57862c840cb30d72ceefb54b |
| 122 | mensthreepants | 578776dd88eb7a4575699630 |
| 123 | babyu | 57966656629c38447812b610 |
| 124 | hongkongxupingebusinesscolimited | 57aad4d3eb422a587e0fa4d1 |
| 125 | longong | 57ad4e4a0ea8f918e190f607 |
| 126 | lhl | 57bd9d5d2d09891c2763d857 |
| 127 | thuglife | 57bde1c4b2a27a1c2b298a76 |
| 128 | big888 | 57c6a1a13bca961c99b8f172 |
| 130 | millionpassengersto | 57cea1865acf3d59a883e0b2 |
| 131 | msjingstop | 57db6987b54d991040b0aadc |
| 133 | livinggoodssupermarket | 57f44fb69d1683101c88ac61 |
| 134 | qingchen | 582eab85168b542e0512e788 |
| 135 | szmehandpaintedroom | 58353e5e79d2a924aa088b06 |
| 136 | per | 585bc758e18c0f589be28bb0 |
| 137 | urocase | 589705885fdb1e4f7ea3490c |
| 139 | yuwendi193710 | 58b422651de88250e9ba6fde |
| 141 | wxhfashin | 58b9689033b0bd71a49cdad7 |
| 142 | luluminshop | 58c545d4c92c372d0e26da07 |
| 143 | bluesinternational | 58c66ee3d86137508669f096 |
| 144 | fantasyhouse1 | 58d8c7b8367e760eb1b9a8a2 |
| 145 | yuran | 58d9d993fbc94552e7aafeb6 |
| 146 | changjiangruhai | 58f3200979cc7d118e5ef5aa |

10

| 148 | summerbob | 59092ffb9e52ea366fbe685c |
|---|---|---|
| 149 | sweetland | 590ea21475479362eb30f6a2 |
| 150 | auguste | 59154a204d4357016d9b8fa0 |
| 151 | eric_gifts | 59165aeffc9cce13618f5967 |
| 152 | tofol | 591d812f4674f82b1ba26cb1 |
| 153 | xiaoyuery | 5935149b6fffc74bf7ecca67 |
| 154 | zhongdeshun | 593fb29a9904e333c6247e8b |
| 155 | yangkaijie | 5948d049fc0f245d34180e03 |
| 156 | linqiuyingshop | 594a3b1e1461107ff3402f12 |
| 157 | liuqiuxuan | 594a3e88accc202f79bf1227 |
| 158 | songlili | 5950da1e2eac112add0c4070 |
| 159 | xuip123 | 5950e9341461105157dfab02 |
| 160 | qiaomu201301 | 59584f3e905fdb3286968ca8 |
| 161 | sunrize | 59639402a26f6e4e9bd0c002 |
| 162 | jason123 | 5968d097c6cee82ff01353c2 |
| 163 | coogo | 596c9fb62eac115f12efc5a4 |
| 165 | autohightech | 59e91083471c147ab802bb72 |
| 166 | sunyan0 | 5a14fe0f518c1c0230043532 |
| 167 | cheaphy | 5a352529430b71249b85a397 |
| 168 | candymmo | 5a4df09a518c1c25278e25f8 |
| 169 | pteastar | 5a902a7ac2c892185c0c47ea |
| 170 | gen8xsugen8xsu | 5ab4b6ca40626a7d246f04aa |
| 172 | gaoguyoushi | 5ac82d3a2c4956016461651b |
| 173 | juqiju | 5ac9d2a6c7981713702a3e26 |
| 174 | houhoucq | 5ad1c0bd9bda4e29e07fd2b9 |
| 175 | lengkuxianshengderen | 5ad85d2d9bda4e393f16e114 |
| 176 | iweixingco | 5ae140ee856edf687ab28eda |
| 177 | syy20180427000 | 5ae2c2ad9c15ff48ec3c22ba |
| 178 | younggroup2018 | 5ae3208ec1d5186154f504b1 |
| 179 | wangmengjie123 | 5b0bb6fe59206916e8188143 |
| 180 | guoshuhaoshop | 5b17a7277b94e103970b8069 |